IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ABBY MARTIN,**<br>Los Angeles, California,<br><br>      Plaintiff,<br><br>v.<br><br>**STEVE WRIGLEY,** Chancellor for the Board of Regents of the University System of Georgia, in his Official Capacity; **KYLE MARRERO,** President of Georgia Southern University, in his Official Capacity; **BONNIE OVERSTREET,** Conference Services Manager for Georgia Southern University, in her Individual Capacity; **MICHEL BLITCH,** Conference Services Coordinator for Georgia Southern University, in her Individual Capacity; and **SANDRA LENSCH,** Conference Services Specialist for Georgia Southern University, in her Individual Capacity,<br><br>      Defendants. | **CIVIL ACTION FILE**<br><br>**NO. 1:20-CV-596-MHC** |

## **ORDER**

This case comes before the Court on Defendants' Motion to Dismiss [Doc. 16].

On July 16, 2020, Defendants Steve Wrigley and Kyle Marrero moved to dismiss the Complaint [Doc. 1].  See Mot. to Dismiss.  On July 28, 2020, Plaintiff filed her First Amended Complaint [Doc. 26].  "[A]n amended complaint supersedes the original complaint."  See Gross v. White, 340 F. App'x 527, 534 (11th Cir. 2009) (quoting Fritz v. Standard Sec. Life Ins. Co. of N.Y., 676 F.2d 1356, 1358 (11th Cir. 1982)). Moreover, the filing of an amended complaint renders an earlier-filed motion to dismiss moot.  See Gulf Coast Recycling, Inc. v. Johnson Controls, Inc., No. 8:07-CV-2143-T-30TBM, 2008 WL 434880, at *1 (M.D. Fla. Feb. 14, 2008) ("The filing of the amended complaint renders Defendants' earlier filed Motion to Dismiss moot.").

Accordingly, Defendants' Motion to Dismiss [Doc. 16] is **DENIED AS MOOT**.

**IT IS SO ORDERED** this 29th day of July 2020.

_____
MARK H. COHEN
United States District Judge