# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ABBY MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:20-cv-00596-MHC |
| ) | |
| STEVE WRIGLEY, Chancellor for the ) | |
| Board of Regents of the University System ) | |
| of Georgia, in his official capacity, and ) | |
| KYLE MARRERO, President of Georgia ) | |
| Southern University, in his official capacity, ) | |
| BONNIE OVERSTREET, Conference ) | |
| Services Manager for Georgia Southern ) | |
| University, in her individual capacity; ) | |
| MICHEL BLITCH, Conference Services ) | |
| Coordinator for Georgia Southern ) | |
| University, in her individual capacity; ) | |
| SANDRA LENSCH, Conference Services ) | |
| Specialist for Georgia Southern University, ) | |
| in her individual capacity. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants, through counsel, and pursuant to Fed. R. Civ. P. 12(b), respectfully file this motion to dismiss based on failure to state a claim and qualified immunity, as set forth in the accompanying brief.

- 1 -

- 2 -

WHEREFORE, Defendants request that the Court grant this motion and dismiss the amended complaint and all claims asserted against them in this action.

        Respectfully submitted,

        CHRISTOPHER M. CARR   112505
        Attorney General

        KATHLEEN M. PACIOUS   558555
        Deputy Attorney General

        ROGER A. CHALMERS   118720
        Senior Assistant Attorney General

        /s/*Deborah Nolan Gore*
        DEBORAH NOLAN GORE   437340
        Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
Deborah Nolan Gore
State Law Department
40 Capitol Square SW
Atlanta, GA  30334
Tel: (404) 463-8850
Fax: (404) 651-5304
Email: dgore@law.ga.gov

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this case.

This 15th day of September, 2020.

                                */s/ Deborah Nolan Gore*
                                DEBORAH NOLAN GORE

Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, GA  30334-1300
Telephone: (404) 463-8850
Facsimile:  (404) 651-6920
dgore@law.ga.gov