IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ABBY MARTIN,                              )
                                          )
            Plaintiff,                    )
                                          )
vs.                                       )       CIVIL ACTION No.:
                                          )         1:20-cv-00596-MHC
STEVE WRIGLEY, Chancellor                 )
for the Board of Regents of the           )
University System of Georgia, in          )
his official capacity, and KYLE           )
MARRERO, President of Georgia             )
Southern University, in his official      )
capacity,                                 )
                                          )
            Defendants.                    )

## CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rules 5.4 and 26.3, the undersigned certifies that on

August 24, 2021, she served Defendants' First Request for Production of

Documents to Plaintiffs and Defendants' First Interrogatories to Plaintiff by

causing copies thereof to be forwarded by electronic mail to:

> Gadeir I. Abbas
> CAIR Legal Defense Fund
> gabbas@cair.com
>
> Mara E. Verheyden-Hilliard
> Partnership for Civil Justice Fund
> Mvh@justiceonline.Org

Lena F. Masri, Esq.
lmasri@cair.com

Murtaza Khwaja
mKhwaja@cair.com

Respectfully submitted,

CHRISTOPHER M. CARR   112505
Attorney General

KATHLEEN M. PACIOUS   558555
Deputy Attorney General

ROGER A. CHALMERS   118720
Senior Assistant Attorney General

/s/*Deborah Nolan Gore*
DEBORAH NOLAN GORE   437340
Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
Deborah Nolan Gore
State Law Department
40 Capitol Square SW
Atlanta, GA  30334
Tel: (404) 458-3289
Email: dgore@law.ga.gov

## **CERTIFICATE OF SERVICE**

I certify that I have this day served the foregoing pleading with the Clerk of

Court using the CM/ECF system which will automatically send email notification

of such filing to the following attorneys of record:

Gadeir I. Abbas
CAIR Legal Defense Fund
gabbas@cair.com

Mara E. Verheyden-Hilliard
Partnership for Civil Justice Fund
Mvh@justiceonline.Org

Lena F. Masri, Esq.
lmasri@cair.com

Murtaza Khwaja
mKhwaja@cair.com

I further certify that I have mailed by United States Postal Service the

document to the following non-CM/ECF participants: NONE.

This 24th day of August, 2021.

/s/*Deborah Nolan Gore*
DEBORAH NOLAN GORE        437340
Assistant Attorney General