IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ABBY MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:20-cv-00596-MHC |
| ) | |
| SONNY PERDUE, Chancellor for the ) | |
| Board of Regents of the University ) | |
| System of Georgia, in his official capacity,) | |
| and KYLE MARRERO, President of ) | |
| Georgia Southern University, in his ) | |
| official capacity, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO DISMISS FOR MOOTNESS**

Defendants Sonny Perdue[1] and Kyle Marrero, by and through counsel, the Attorney General for the State of Georgia, and pursuant to Federal Rule of Civil Procedure 12(b)(1), respectfully move this Court to dismiss this action against them on the ground that the remaining claims are moot and, thus, the Court lacks subject matter jurisdiction over those claims. Defendants submit herewith a brief in support of this motion.

---

[1] Steve Wrigley, sued in his official capacity, no longer serves as Chancellor of the University System of Georgia. Sonny Perdue became Chancellor on April 1, 2022, and is currently serving in such position. He is therefore automatically substituted as a party. *See* Fed. R. Civ. P. 25(d).

1

    Respectfully submitted,

CHRISTOPHER M. CARR   112505
Attorney General

BETH A. BURTON   027500
Deputy Attorney General

TINA M. PIPER   142469
Senior Assistant Attorney General

/s/*Deborah Nolan Gore*
DEBORAH NOLAN GORE   437340
Assistant Attorney General

PLEASE SERVE:

Deborah Nolan Gore
Assistant Attorney General
40 Capitol Square, S.W
Atlanta, GA  30334-1300
Telephone: (404) 458-3289
dgore@law.ga.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1, I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point New Times Roman type face.

>	*/s/ Deborah Nolan Gore*
>	DEBORAH NOLAN GORE
>	Georgia Bar No. 437340

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DEFENDANTS' MOTION TO DISMISS FOR MOOTNESS** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this case.

This 1st day of July, 2022.

                                                   */s/ Deborah Nolan Gore*
                                                   DEBORAH NOLAN GORE

Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, GA  30334-1300
Telephone: (404) 463-8850
Facsimile:  (404) 651-6920
dgore@law.ga.gov