# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ABBY MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>STEVE WRIGLEY, Chancellor for the Board of Regents of the University System of Georgia, in his official capacity, *et al.*,<br><br>    Defendants. | Civil Action No. 1:20-cv-00596-MHC<br>Hon. Judge Mark H. Cohen |

## **NOTICE OF APPEAL**

Plaintiff Abby Martin appeals to the United States Court of Appeals for the Eleventh Circuit from an order entered on July 20, 2022 dismissing Plaintiff's claims for lack of standing and mootness (Dkt. 76). This notice of appeal also appeals from the May 21, 2021 order dismissing the individual-capacity Defendants (Dkt. 53), and any other order that merged into the final order entered on July 20, 2022.

1

Dated: August 19, 2022          Respectfully submitted,

/s/ Mara Verheyden-Hilliard
Mara Verheyden-Hilliard
(D.C. # 450031) ^
Partnership for Civil Justice Fund
 mvh@justiceonline.org
617 Florida Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 232-1180
Fax: (202) 747-7747

CAIR-GEORGIA
Murtaza Khwaja (Ga. Bar # 750003)
 mkhawaja@cair.com
PO Box 942134
Atlanta, GA 30341
Phone: (404) 419-6390

CAIR LEGAL DEFENSE FUND
Lena F. Masri (D.C. # 9777642) ^
 lmasri@cair.com
Gadeir I. Abbas (VA # 81161) *^
 gabbas@cair.com
Justin Sadowsky (D.C. # 1000019) ^
 jsadowsky@cair.com
453 New Jersey Ave., S.E.
Washington, D.C. 20003
Phone: (202) 742-6420
Fax: (202) 488-0833

*^ admitted pro hac vice*
*\* Licensed in VA, not in D.C.*
*Practice limited to federal matters.*
*Counsel for Plaintiff Abby Martin*

2

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing **NOTICE OF APPEAL** has been prepared in compliance with Local Rule 5.1(B) in 13-point Century Schoolbook typeface.

Dated: August 19, 2022          /s/ Mara Verheyden-Hilliard
                                                  Mara Verheyden-Hilliard